SYLVANUS G. DEETH VS. EMERY PURDY et al.          [45

Terms upon which plaintiff set aside an inquest, taken by defendants in a replevin cause.

*Motion by Plaintiff to set aside inquest and verdict.*—This was an action of replevin, an inquest was taken by defendants at the New York September circuit last. Plaintiff could not try the cause on account of the absence of a material witness, and showed that no notice of trial or inquest had been served by defendants for said circuit. Plaintiff states he has a good cause of action ; showed that a stipulation was entered into between the attorneys, for the respective parties, in writing, that the cause should be considered noticed on both sides. Plaintiff's attorney did not keep a copy of it, but immediately entered it, in substance, in his register ; it was after the time had gone by for noticing the cause, that the stipulation was entered into.

P. GANSEVOORT, *Defts Counsel.*          C. NAGLE, *Defts Atty.*

E. TOWNSEND, *Plffs Counsel.*          R. M. TYSEN, *Plffs Atty.*

*Decision.*—Motion granted on payment of costs of circuit and all subsequent costs, and costs of opposing motion.